FILED by **TB** D.C.

Aug 22, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20595-CR-MIDDLEBROOKS./GARBER

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

DANIEL OCHOA,

    Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

On or about September 5, 2014, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DANIEL OCHOA,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

It is further alleged that said firearm and ammunition are:

a. One (1) Heckler & Koch, .45 caliber semi-automatic pistol;

b. Twenty (20) rounds of Hornady, .45 caliber ammunition;

c. Two (2) rounds of "R-P" Remington, .45 caliber ammunition; and

d. Thirty-two (32) rounds of Speer, .45 caliber ammunition.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **DANIEL OCHOA**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment, or any violation of any other criminal law of the United States of America, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

3. The property which is subject to forfeiture includes, but is not limited to, the following:

   a. One (1) Heckler & Koch, .45 caliber semi-automatic pistol;

   b. Twenty (20) rounds of Hornady, .45 caliber ammunition;

   c. Two (2) rounds of "R-P" Remington, .45 caliber ammunition; and

   d. Thirty-two (32) rounds of Speer, .45 caliber ammunition

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
DANIEL CERVANTES
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| vs. | |
| DANIEL OCHOA, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| Defendant. _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| _X_ Miami | ___ Key West | New Defendant(s) | Yes ___ | No ___ |
| ___ FTL | ___ WPB ___ FTP | Number of New Defendants ___ | | |
| | | Total number of counts ___ | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take   2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)

   | I   | 0 to 5 days      | X  | Petty   |    |
   |-----|------------------|----|---------|----|
   | II  | 6 to 10 days     | __ | Minor   | __ |
   | III | 11 to 20 days    | __ | Misdem. | __ |
   | IV  | 21 to 60 days    | __ | Felony  | X  |
   | V   | 61 days and over | __ |         |    |

6. Has this case been previously filed in this District Court?   (Yes or No)   Yes
   If yes:
   Judge:   James Lawrence King           Case No.   14-cr-20674
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:   _____
   Defendant(s) in federal custody as of   September 5, 2014
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of   _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to   October 14, 2003?   Yes ___   No _X_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes ___   No _X_

_____
DANIEL CERVANTES
ASSISTANT UNITED STATES ATTORNEY
FLA BAR NO. 40836

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** DANIEL OCHOA

**Case No:** _____

Count #: 1

Possession of a firearm and ammunition by a convicted felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:**   10 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**